UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Albert White, | File No. 18-cv-3424 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Diana Vanderbeek, Janell Hussain, R.N. B.Z., R.N. D.M., R.N. A.K., and R.N. A.D., HT, | |
| Defendants. | |

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on April 24, 2020. ECF No. 41. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 41] is **ACCEPTED**;

2. Defendants' Motion for Summary Judgment [ECF No. 31] is **GRANTED**;

3. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 2, 2020          s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court